FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2026 JUN -9 PM 12: 32

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JASON D. MCCAIN,

Defendant.

4:26CR3049

INDICTMENT

18 U.S.C. §§ 2113(a),
2113(d), and 2113(e)

The Grand Jury charges that:

## COUNT ONE

On or about April 1, 2026, in the District of Nebraska, the defendant, JASON D. MCCAIN, by force, violence and intimidation, did take from the person and presence of another a sum of money belonging to and in the care, custody, control, management, and possession of Cornerstone Bank located in Bradshaw, Nebraska, the deposits of which were then insured by the Federal Deposit Insurance Corporation; and in committing such offense, the defendant, JASON D. MCCAIN, did assault employees of Cornerstone Bank, and did force employees of Cornerstone Bank to accompany him inside and within the Cornerstone Bank building without the consent of such persons. This was all done in violation of Title 18, United States Code, Sections 2113(a), 2113(d), and 2113(e).

A TRUE BILL.

_____
FOREPERSON

1

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

UNITED STATES OF AMERICA, Plaintiff

LESLEY A. WOODS
United States Attorney
District of Nebraska

MATTHEW R. MOLSEN, #22693
Assistant U.S. Attorney