IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>JASON MCCAIN,<br><br>Defendant. | **4:26CR3049**<br><br>**ORDER** |

The government has moved to continue the deadline to file a response to defendant's Motion to Suppress (Filing No. 21), because the Government needs additional time to submit an opposition. The motion to continue (Filing No. 26) is unopposed. Based on the showing set forth in the motion, the court finds good cause and that the motion should be granted. Accordingly,

IT IS ORDERED:

1) On or before September 15, 2026, the government shall file its brief in opposition to the defendant's motion. See NECrimR 12.3(c).

2) On or before September 18, 2026, the parties shall meet and confer to resolve any issues not requiring an evidentiary hearing, agree upon any factual stipulations to be presented to the court, and discuss proposed exhibits and witnesses.

3) On or before September 25, 2026, the parties shall deliver to the undersigned's chambers via email to deluca@ned.uscourts.gov or hand delivery their proposed witness list(s), exhibit list(s), and copies of all exhibits.

4) A telephone status conference to discuss prehearing matters and the scheduling of an evidentiary hearing will be held before the undersigned magistrate judge on **October 2, 2026, at 9:30 a.m.** Conferencing instructions will be provided under a separate order.

Dated this 14th day of September, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge